

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-15-00117-CR

JOSEPH LEO STREHL, III, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 4th District Court
Rusk County, Texas
Trial Court No. CR15-075

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Our review of the court reporter's record in this case indicates that volume five contains "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number." TEX. R. APP. P. 9.10 (a)(1). Volume five of the reporter's record includes social security numbers. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(f) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(f). Therefore, because the court reporter's record contains sensitive data, we order the clerk of this Court or her appointee, in accordance with Rule 9.10(f), to seal volume five of the electronically filed reporter's record in this case.

IT IS SO ORDERED.

BY THE COURT

Date:   December 15, 2015